*Friday, January 31, 1997*

## MOTION DOCKET

**96–1894.   State ex rel. Pizza v. Rezcallah.**
Lucas App. No. L–95–363.   This cause is pending before the court as an appeal from the Court of Appeals for Lucas County.   Upon consideration of appellant's expedited motion to consolidate this case for briefing with Supreme Court case Nos. 96–1895 and 96–1897,

IT IS ORDERED by the court that the motion be, and hereby is, granted.

IT IS FURTHER ORDERED that appellant shall file an original of the brief in case No. 96–1894, case No. 96–1895 and case No. 96–1897, and a total of eighteen copies of the brief.

RESNICK, J., not participating.

**96–1895.   State v. Terrell.**
Lucas App. No. L–95–362.   This cause is pending before the court as an appeal from the Court of Appeals for Lucas County.   Upon consideration of appellant's expedited motion to consolidate this case for briefing with Supreme Court case Nos. 96–1894 and 96–1897,

IT IS ORDERED by the court that the motion be, and hereby is, granted.

IT IS FURTHER ORDERED that appellant shall file an original of the brief in case No. 96–1894, case No. 96–1895 and case No. 96–1897, and a total of eighteen copies of the brief.

RESNICK, J., not participating.

**96–1897.   State ex rel. Pizza v. Gonzales.**
Lucas App. No. L–95–298.   This cause is pending before the court as an appeal from the Court of Appeals for Lucas County.   Upon consideration of appellant's expedited motion to consolidate this case for briefing with Supreme Court case Nos. 96–1894 and 96–1895,

IT IS ORDERED by the court that the motion be, and hereby is, granted.

IT IS FURTHER ORDERED that appellant shall file an original of the brief in case No. 96–1894, case No. 96–1895 and case No. 96–1897, and a total of eighteen copies of the brief.

RESNICK, J., not participating.

## MISCELLANEOUS DISMISSALS

**97–230.   Lawson v. Pontesso.**
In Mandamus.   This cause originated in this court on the filing of a complaint for a writ of mandamus and was considered in a manner prescribed by law.   Upon consideration thereof,

IT IS ORDERED by the court, *sua sponte*, that this cause be, and hereby is, dismissed.

*Monday, February 3, 1997*

## MISCELLANEOUS DISMISSALS

**94–2424.   State ex rel. Parker v. Indus. Comm.**
Franklin App. No. 93APD10–1437.   This cause is pending before the court as an appeal and cross-appeal from the Court of Appeals for Franklin County.   Upon consideration of the application of appellee/cross-appellant, Industrial Commission of Ohio, for dismissal of the cross-appeal,

IT IS ORDERED by the court that the application for dismissal of the cross-appeal be, and hereby is, granted.

The appeal of Matthew W. Parker remains pending.